ACCEPTED
14-14-00077-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 3:28:32 PM
CHRISTOPHER PRINE
CLERK

KEVIN D. JEWELL
SHAREHOLDER
DIRECT DIAL NO.(713) 654-9620
E-MAIL: kevin.jewell@chamberlainlaw.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/9/2015 3:28:32 PM
CHRISTOPHER A. PRINE
Clerk

February 9, 2015

Christopher Prine, Clerk
Fourteenth Court of Appeals
301 Fannin, Room 245
Houston, Texas 77002

>  Re:  No. 14-14-00077-CV; *MKM Engineers, Inc., et al v. Jal B. Guzder*; in the Fourteenth Court of Appeals, Houston, Texas.

Dear Mr. Prine:

This matter is scheduled for oral argument February 11, 2015.

Justice Murry Cohen will argue on behalf of Appellant MKM Engineers, Inc., and Kevin Jewell will argue on behalf of Appellant PIKA International, Inc.

Respectfully submitted,

/s/ Kevin D. Jewell

Kevin D. Jewell

KDJ/dlk
1717782_1

February 9, 2015
Page 2

*Via electronic service*
Adam Q. Voyles
Lubel Voyles LLP
5020 Montrose Blvd., Ste. 800
Houston, Texas 77006

*Via electronic service*
Alan N. Magenheim
Magenheim & Associates
3701 Kirby Drive, Suite 1144
Houston, Texas 77098

*Via electronic service*
Michael L. Orsak, L.P.
611 Houston Street
Richmond, Texas 77469

*Via electronic service*
Murry B. Cohen
Akin, Gump, Strauss, Hauer &
Feld LLP
1111 Louisiana Street, 44th Floor
Houston, Texas 77002